IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

SAMILLIA L. GRIFFIN,

    Plaintiff,

  v.                               Civil Action No.: 2:24-cv-08333-JGB-DFM

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

Pursuant to the parties' stipulation, the Court awards Plaintiff attorney fees in the amount of $7,200.00 in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act (EAJA) in this case. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Attorney fees shall be paid by the Social Security Administration and costs shall be paid from the Judgment Fund administered by the United States Treasury and not by Defendant. Any fees paid belong to Plaintiff and

not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

Dated: June 5, 2025

Douglas F. McCormick
United States Magistrate Judge